**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Jeanne J. Graham, 3B |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        CR 12-295 PAM/AJB |
| | ) | Date:             December 4, 2012 |
| Julie Ann Campana (2), | ) | Time Commenced: 2:13 p.m. |
| | ) | Time Concluded:  2:29 p.m. |
| Defendant. | ) | Time in Court:    16 Minutes |

APPEARANCES:

   Plaintiff:     Allen Slaughter, Assistant U.S. Attorney
   Defendant:  Andrew Mohring
                 ☒ FPD          ☒ To be appointed

Date Charges Filed: December 3, 2012          Offense: Interference with Commerce by Robbery

☒ Waived Reading of Charges          ☒ Advised of Rights

on     ☒ Indictment

☒ Bond set in the amount of $25,000 rpr, with conditions, see Order Setting Conditions of Release.

Additional Information:
Defendant also arraigned.  See separate minutes.
Defendant moved that the Government retain the rough notes for discovery.  Motion is GRANTED.  Defense state it will follow up with a written motion.

 

                                                                   *s/T Anderson*
                                                    Criminal Duty Clerk