# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br><br>Julie Ann Campana (2),<br><br><br>　　　　　　Defendants. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Jeanne J. Graham, 3B<br>U.S. Magistrate Judge<br><br>Case No:　　CR 12-295 PAM/AJB<br>Date:　　December 4, 2012<br>Time Commenced:　2:29 p.m.<br>Time Concluded:　2:32 p.m.<br>Time in Court:　3 Minutes |

APPEARANCES:

　Plaintiff:　　Allen Slaughter, Assistant U.S. Attorney
　Defendant(s):　Andrew Mohring ,　　☒ FPD　☒ To Be Appointed

　　☒ Reading of Indictment Waived　　☒ Not Guilty Plea Entered

Disclosure Due Date:　　December 13, 2012
Motion Filing Date:　　December 21, 2012
Motion Hearing Date:　　January 2, 2013, at 1:30 p.m., 9E   Before: Chief U.S. Magistrate Judge Arthur J. Boylan
Voir Dire/Jury Instruction Due Date:　　February 4, 2013
Trial Date:　February 11, 2013 at 9:00 a.m., 7D　　Before:　U.S. Judge Paul A. Magnuson
Other Remarks:

　☒ Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ T Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Criminal Duty Clerk