UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | Criminal No. CR -12-295 PAM/AJB |
| v. | **ORDER** |
| Julie Ann Campana (2),<br>　　　　Defendant. | |

The Defendant appeared for arraignment on December 4, 2012. Allen Slaughter, Assistant U.S. Attorney, appeared on behalf of Plaintiff United States of America; Andrew Mohring, Esq, appeared on behalf of Defendant.

The Defendant waived the reading of the Indictment and entered a plea of not guilty to all Counts.

The Government shall make disclosure of all Rule 16 material on or before **December 13, 2012.** Motions shall be filed on or before **December 21, 2012.** Oral argument on these motions will be heard before Chief Magistrate Judge Arthur J. Boylan in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on **January 2, 2013 at 1:30 p.m.** If Defendant's pleadings show that an evidentiary hearing is required, it will be held at the same time and place.

Voir Dire and Jury Instructions shall be filed with U.S. District Court Judge Magnuson's Clerk on or before **February 4, 2013** Trial will commence before Judge Paul A. Magnuson in Courtroom 7D, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota on **February 11, 2013 at 9:00 a.m.**

Dated:  December 5, 2012　　　　　　　　　　　　s/ *Jeanne J. Graham*
　　　　　　　　　　　　　　　　　　　　　　　　　JEANNE J. GRAHAM
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge