A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

# UNITED STATES DISTRICT COURT

DEC 11 2012

## District of Minnesota

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Julie Ann Campana

**WARRANT FOR ARREST**

1341-1204-0511-J

CASE NUMBER: **CR 12-295 (2) PAM/AJB**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Julie Ann Campana

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1: 18:2 and 1951 Interference with Commerce by Robbery
Count 2: 18:2 and 924(c)(1)(A) Using, Carrying, Possessing and Brandishing a Firearm During and in Relation to a Crime of Violence

Ordered by:          Donovan W. Frank, United States District Court Judge.

*Jenny Dunbar Fannemel*          December 3, 2012 at St. Paul, MN

(By)   Jenny Dunbar Fannemel, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____          Date of Arrest: _____

_____          _____
Name and Title of Arresting Officer          Signature of Arresting Officer

ARRESTED ON ___12/4/12___
ARRESTED BY ___ATF___
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ___

SCANNED
DEC 12 2012
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 5/17/07