PS 8
(Rev 5/10)

UNITED STATES DISTRICT COURT
For
District of Minnesota

Filed by the Clerk

RECEIVED
JAN 09 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

U.S.A. vs. Julie Ann Campana          Docket No. 0864 0:12CR00295 - 2

## Petition for Action on Conditions of Pretrial Release

COMES NOW Krystal A. Taylor, U.S. Probation Officer, presenting an official report upon the conduct of the defendant, Julie Ann Campana, who was placed under pretrial supervision by the Honorable Jeanne J. Graham, sitting in the Court at St. Paul, on the 4th day of December, 2012, under the following special conditions:

- Pretrial Services Supervision
- Obtain and Maintain Employment
- Education/Training Requirements
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- No Contact with Codefendant or America's Best Value Inn
- Weapons Restriction
- Substance Abuse Testing
- No Tampering with Substance Abuse Testing
- Report Contact with Law Enforcement
- Drug Treatment
- Alcohol Abstinence
- Residential Requirements / Restrictions
- Comply with Requirements of Dakota and Scott Counties

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 28, 2012, the defendant submitted a urine sample that tested positive for THC and methamphetamine. The above actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

PRAYING THAT THE COURT WILL ORDER:

That the conditions of release be modified to include the following: The defendant shall submit to location monitoring/curfew as directed by U.S. Probation and Pretrial Services, and comply with all of the program requirements. The defendant is restricted to her residence every day as directed by the supervising probation officer.

SCANNED
JAN 09 2013
U.S. DISTRICT COURT ST. PAUL

PS8 Petition for Action on Conditions of Pretrial Release                               Julie Ann Campana

ORDER OF COURT

Considered and ordered this 9th day of January, 2013, and ordered filed and made a part of the records in the above case.

_____
Honorable Jeanne J. Graham
U.S. Magistrate Judge

I declare under penalty of perjury that the forgoing is true and correct.

*John P. Rayman*
Jan 7 2013 3:48 PM
_____
Krystal A. Taylor
U.S. Probation Officer
651-848-1248

Executed on January 7, 2013
Place St. Paul

Approved:

*John P. Rayman*
Jan 7 2013 3:48 PM
_____
John P. Rayman
Supervising U.S. Probation Officer