UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

v.

Julie Ann Campana Generation
*Defendant*

Docket No. 0864 0:12CR00295-002

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Julie Ann Campana Generation, have discussed with John P. Rayman, Supervising U.S. Probation Officer, modifications of my release conditions as follows:

- The defendant will submit to location monitoring/curfew as directed by U. S. Probation and Pretrial Services and comply with all of the program requirements. The defendant is restricted to her residence every day as directed by the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   January 7, 2013        _____   January 7, 2013
Signature of Defendant    Date                   U.S. Probation Officer    Date
                                                 John P. Rayman

SCANNED
JAN 09 2013
U.S. DISTRICT COURT ST. PAUL