UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> JULIE ANN CAMPANA, ) <br> ) <br> Defendant. ) | Criminal No. 12-295(2) (PAM/AJB) <br><br> **MEMORANDUM IN SUPPORT OF MOTION FOR PRETRIAL DISCLOSURE OF 404 EVIDENCE** |

Defendant respectfully submits the following memorandum to support her motion for pretrial disclosure of 404(b) "bad act" evidence.

Effective December 1, 1991, Rule 404 requires timely disclosure of "bad act" evidence, upon defendant's request. What constitutes timely disclosure is left to the discretion of the District Courts. However, directing that such evidence be disclosed to the defense forthwith serves the interest of justice in a number of ways. The beneficial impact of pretrial disclosure of evidence of other crimes is recognized by Minnesota state courts and other jurisdictions, where such evidence is disclosed. See States v. Spreigel, 139 N.W.2d 167, n. 20-172-73 (Minn. 1965) (requiring pretrial disclosure as a matter of fairness to defendants).

> To allow [such previously undisclosed] testimony is to infringe the constitutional right of the defendant to demand in the nature and cause of the accusation against him. Such procedure might be palliated if there was any provision for giving the defendant notice of the other charges in such cases . . . .

Id. at 173 n. 20 (quoting State v. Jensen, 140 p. 740, 741 (Or. 1914)).

The interest in preserving the overall fairness of proceedings against defendants, recognized in the cases cited here, is only one consideration calling for immediate disclosure of (b) evidence.  Expedited disclosure will in addition facilitate the process of litigating the admissibility of any such evidence which the government intends to use by allowing both prosecution and defense the opportunity adequately to brief admissibility issues and motions <u>in limine</u>, allowing rulings on admissibility prior to trial, and enhancing the efficiency with which substantive issues of guilt and innocence can adjudicated.

For the reasons stated above, defendant requests the Court order the government to disclose any evidence it may seek to introduce under Rule 404(b) of the Federal Rules of Evidence and to identify the witnesses through whom such evidence will be presented at trial.

Dated:   January 11, 2013                                        Respectfully submitted,

*s/ Andrew H. Mohring*
ANDREW H. MOHRING
Attorney ID No. 190731
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
