# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

United States of America,

      v.                **CRIMINAL TRIAL NOTICE**

                                **Case Number Crim. 12-295 PAM/AJB**

Eric Wade Forcier and
Julie Ann Campana,

      (x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

                    Courtroom #7D (7th Floor)
                    316 North Robert Street
                    St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Monday, April 8, 2013 @ 9:00 A.M. for criminal trial.**

Propose voir dire, jury instructions, motions in limine, trial briefs, witness and exhibit lists are due by 4:30 p.m. on Monday, April 1, 2013. The trial briefs are to be filed on CM/ECF and submit two hard copies of all materials directly to Judge Magnuson's chambers and one copy to Judge Magnuson's e-mail box (magnuson_chambers@mnd.uscourt.gov). The trial materials should be submitted in Word Perfect format. Use of this e-mail box does not constitute filing with CM/ECF, nor is it a replacement for filing.  **COUNSEL MUST PREMARK ALL EXHIBITS.**

                                          RICHARD SLETTEN, CLERK

Dated: February 21, 2013

                                          *s/Suzanne M. Ruiz*
                                          Suzanne M. Ruiz, Calendar Clerk

cc:    Allen Slaughter - A.U.S.A.
        Amber M. Brennan - A.U.S.A.
        Kyle D. White
        Andrew H. Mohring
        U.S. Marshal
        U.S. Probation
        U.S. Pretrial Services