# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

United States of America,

      v.                        **CHANGE OF PLEA NOTICE**

                                  **Case Number Crim. 12-295 PAM**

Julie Ann Campana


    (x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

                Courtroom 7D (7th Floor)
                316 North Robert St.
                St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, April 2, 2013 @ 11:00 PM for change of plea hearing.**


Dated: March 22, 2013                            RICHARD SLETTEN, CLERK

                                                      *s/Suzanne M. Ruiz*
                                                      Suzanne M. Ruiz, Calendar Clerk


cc:    Allen A. Slaughter - A.U.S.A.
        Amber M. Brennan - A.U.S.A.
        Andrew H. Mohring
        U.S. Marshal
        U.S. Probation
        U.S. Pretrial Services