# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Julie Ann Campana, | ) |
|     Defendant. | ) |
| | ) |
| | ) |

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | Cr. 12-295 (2) PAM/AJB |
| Date: | April 2, 2013 |
| Court Reporter: | Ron Moen |
| Courthouse: | St. Paul |
| Courtroom: | 7D |
| Time Commenced: | 10:40 am |
| Time Concluded: | 11:00 am |
| Time in Court: | Hours & 20 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Allen Slaughter
    For Defendant:    Andrew H. Mohring  ☒ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

PROCEEDINGS:

    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☐ Guilty as to Count(s): 1
        ☐ Guilty as to All Counts without a Plea Agreement (Straight-up)
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒  Presentence Investigation and Report requested.
    ☒  Bond continued.
    ☐  **~Util Set/Reset Hearings:**  Sentencing is scheduled for at before.
    ☐  Defendant remanded to the custody of the U.S. Marshal.

                                                                     s/Suzanne M. Ruiz
                                                                        Calendar Clerk