UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

### ORDER

---

United States of America,

                  Plaintiff,

v.

Julie Ann Campana

                  Defendant,

Docket No. 0864 0:12CR00295-002

---

The above-named defendant has pled guilty. In addition, she has demonstrated a positive adjustment to supervision. Based on the information available and risk presented, it does not appear continued location monitoring is necessary to address the defendant's risk of flight or danger to the community.

IT IS HEREBY ORDERED that the following condition of release be removed:

Submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all program requirements and instructions provided.

Dated: April 2, 2013

_____
Paul A. Magnuson
Senior U.S. District Judge

SCANNED
APR 0 3 2013
U.S. DISTRICT COURT ST. PAUL