UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 12-295(2) (PAM/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Julie Ann Campana, | |
| Defendant. | |

The above-entitled matter came on before the Court on the Defendant's Motion for an extension of time in which to object to the Pre-Sentencing Investigation Report.

Based on said motion, **IT IS HEREBY ORDERED that**:

1. The Defendant's Motion (Docket No. 59) is **GRANTED**; and

2. The Defendant shall file any objections to the Pre-Sentence Investigation Report no later than June 4, 2013.

Dated: May 24, 2013

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge