# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

United States of America

       v.                      **SENTENCING NOTICE**

                                 **Case Number Crim. 12-295(2) PAM**

Julie Ann Campana

      (x) TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

                        Courtroom #7D (7th Floor)
                        316 North Robert Street
                        St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Wednesday, July 24, 2013 @ 10:00 AM for sentencing.**

                                      RICHARD SLETTEN, CLERK

Dated: July 2, 2013

                                      *s/Suzanne M. Ruiz*
                                      Suzanne M. Ruiz, Calendar Clerk

cc:     Amber Brennan - A.U.S.A.
          Allen Slaughter - A.U.S.A.
          James Alexander - A.U.S.A.
          Andrew H. Mohring
          U.S. Marshal
          U.S. Probation