# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: Criminal 12-295(2) PAM |
| Julie Ann Campana, Defendant. | Date: July 24, 2013 |
| | Court Reporter: Ron Moen |
| | Courthouse: St. Paul |
| | Courtroom: 7D |
| | Time Commenced: 10:00 am |
| | Time Concluded: 10:30 am |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 30 Minutes |

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:    Amber Brennan
   For Defendant:   Andrew H. Mohring   ☒ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

   ☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to: Custody of Bureau of Prisons for 36 months. Supervised release term 3 years.

   ☒ Special conditions of :

**See J&C for special conditions**

   ☒ Defendant sentenced to pay:
      ☒ Restitution in the amount of $4,088.00.
      ☒ Special assessment in the amount of $100 to be paid .

   ☐ Plea and plea agreement accepted.
   ☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released. The defendant shall surrender on August 19, 2013.
   ☐ Execution of sentence of fine suspended.
   ☒ On Motion of the Gov't., Count 2 of the indictment is dismissed as to this defendant only.
   ☐ Motion for departure is   ☐ granted     ☐ denied.
   ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                                 s/Suzanne M. Ruiz
                                                                 Calendar Clerk