UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                   Crim. File No. 12-295(2) (PAM/AJB)

          Plaintiff,

v.                                           **ORDER**

Julie Ann Campana,

          Defendant.

_____

This matter is before the Court on Defendant's request that she be permitted to voluntarily surrender to U.S. Marshals on September 11, 2013, rather than August 19, 2013.

Based on the request, it is **HEREBY ORDERED** that Defendant is to surrender herself to the Office of the United States Marshal in Minneapolis or at such other place as the Marshal may designate by 11:00 a.m. on Wednesday, September 11, 2013.

Dated: August 6, 2013

                                                  *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Court Judge