Prob 49

| FILED BY CLERK OF COURT |
|---|

## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States v. Julie Ann Campana

Docket No.0:12CR00295-002

## HEARING WAIVER

I, Julie Ann Campana, have been advised and understand that I have statutory right under Rule 32.1, F.R. Crim. P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regards to the following modification of my supervision:

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. The defendant shall remain at home from the hours of 9:00pm until 5:00am the following day for the purposes of alcohol testing. The defendant shall not be required to pay the costs of location monitoring.

Signed: _[signature]_
Julie Ann Campana

Witness: _[signature]_
USPO

Dated: 4·20·2016