Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Julie Ann Campana

Docket No. 0864 0:12CR00295-002(PAM)

Petition on Supervised Release

COMES NOW **Quinten L. Billingslea**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Julie Ann Campana** who was sentenced for Aiding and Abetting Interference with Commerce by Robbery on July 24, 2013, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in substance abuse treatment program
- Substance abuse testing
- Employment required
- Financial disclosure
- No new credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> STANDARD CONDITION: The defendant shall not leave the judicial district without permission of the court or probation officer.

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On April 18, 2016, the defendant admitted to consuming alcohol and traveling outside of the district without permission.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall participate in a remote alcohol monitoring program for a period of 30 days.

> The defendant shall remain at home from the hours of 9:00 p.m. until 5:00 a.m. the following day for the purposes of alcohol testing. The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this ___26th___ day of ___April, 2016___, and ordered filed and made a part of the records in the above case.

___s/Paul A. Magnuson___
Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Quinten Billingslea*
Quinten L. Billingslea
U.S. Probation Officer
Telephone: 651-848-1256

Executed on    April 25, 2016

Place          St Paul

Approved:

s/ Douglas S. Stevens
Douglas S. Stevens
Supervising U.S. Probation Officer