UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 12-295(2) PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIE ANN CAMPANA,<br><br>Defendant. | SATISFACTION OF<br>MONETARY IMPOSITION<br>AND RELEASE OF<br>ABSTRACT |

The monetary imposition of $4,188.00 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Dakota, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Dakota County, as Document No. 2975749, in the amount of $4,188.00.

Dated: January 2, 2018

GREGORY G. BROOKER
Acting United States Attorney

For BY: ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No. 483656DC
Email: ana.voss@usdoj.gov
300 South Fourth Street
600 U.S. Courthouse
Minneapolis, MN 55415
(612) 664-5600